USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
12-17-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MANUEL GARCIA, et al.,

               Plaintiffs,

19 civ 376 (JGK)

-against-

MGM & J Corp, et al.,

               Defendants.
-----------------------------------------------------------X

## ORDER

The parties shall submit a proposed settlement agreement, together with a supporting affidavit providing the specifics of any request for attorneys' fees, including time records and information necessary to calculate the lodestar.

The parties shall also submit a letter explaining the fairness, reasonableness and adequacy of the settlement, including the request for attorneys' fees. The parties shall make the submission by **January 10, 2020.**

**SO ORDERED.**

                                                          **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         December 13, 2019